UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SALAM MUKHTAR, Plaintiff, v. MARKWAYNE MULLIN, et al., Defendants. | Case No.: 26-cv-05811-AJB-GC<br>**ORDER GRANTING JOINT MOTION TO REMAND**<br>(Doc. No. 4) |

Before the Court is the Joint Motion to Remand filed by Plaintiff Abdul Salam Mukhtar ("Mukhtar") and Defendants Markwayne Mullin, Joseph B. Edlow, and Alanna Y. Ow. (Doc. No. 4.) The parties seek remand so that United States Citizenship and Immigration Services ("USCIS") may complete its adjudication of Mukhtar's naturalization application. (*Id.*) Good cause appearing, the joint motion is **GRANTED**. The matter is **REMANDED** to USCIS. The parties must file a joint status report within 120 days of this Order, or within two weeks of USCIS's adjudication of Mukhtar's naturalization application, whichever occurs first.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Hon. Anthony J. Battaglia
United States District Judge